G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
SCOTT NEWMAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NEWMAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>UNITED COLLECTION BUREAU, INC.; and DOES 1 to 10, inclusive,<br><br>              Defendants. | **Case No.: 13-cv-01416-AWI-BAM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1), Plaintiff SCOTT NEWMAN hereby voluntarily dismisses his claims, with prejudice, against Defendants UNITED COLLECTION BUREAU, INC.; and DOES 1 through 10, inclusive.

RESPECTFULLY SUBMITTED,

DATED:  October 4, 2013     **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

- 1 -

Notice of Voluntary Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, UNITED COLLECTION BUREAU, INC, at the address stated below, and deposited said envelope in the United States mail.

UNITED COLLECTION BUREAU, INC.
c/o CT Corp. System
1300 E. 9th Street #1010
Cleveland, Ohio 44114


By: /s/ G. Thomas Martin, III
G. Thomas Martin, III