G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
SCOTT NEWMAN

FILED
OCT 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NEWMAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 13-cv-01416-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1), Plaintiff SCOTT NEWMAN hereby voluntarily dismisses his claims, with prejudice, against Defendants UNITED COLLECTION BUREAU, INC.; and DOES 1 through 10, inclusive.

RESPECTFULLY SUBMITTED,

DATED: October 4, 2013   **PRICE LAW GROUP APC**

It is so Ordered. Dated: 10-8-13   By: /s/ G. Thomas Martin, III
                                      G. Thomas Martin, III
                                      Attorney for Plaintiff

_____
United States District Judge

- 1 -

Notice of Voluntary Dismissal