1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com
   Attorneys for Plaintiff,
5  SCOTT NEWMAN

FILED
OCT 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NEWMAN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED COLLECTION BUREAU, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 13-cv-01416-AWI-BAM <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1), Plaintiff SCOTT NEWMAN hereby voluntarily dismisses his claims, with prejudice, against Defendants UNITED COLLECTION BUREAU, INC.; and DOES 1 through 10, inclusive.

RESPECTFULLY SUBMITTED,

DATED: October 4, 2013    **PRICE LAW GROUP APC**

It is so Ordered. Dated: 10-8-13    By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

United States District Judge

- 1 -

Notice of Voluntary Dismissal